IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CURTIS W. REINHART, | § | |
| | § | |
| Defendant Below, | § | No. 448, 2023 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID Nos. S1910000228 |
| | § | S1906008682 |
| Appellee. | § | S1912019439 |
| | § | S2009014697 |
| | § | S2002016361 |

Submitted: January 23, 2024
Decided: January 30, 2024

## **ORDER**

(1) The appellant filed this appeal from a Superior Court violation of probation sentence order dated November 2, 2023. The Senior Court Clerk sent the appellant a letter directing him to pay the filing fee or to file a motion and affidavit to proceed *in forma pauperis* by December 20, 2023. On December 21, 2023, the Chief Deputy Clerk sent another letter directing the appellant to either file a motion and affidavit to proceed *in forma pauperis* or pay the filing fee by January 4, 2024, or a notice to show cause would issue.

(2) On January 8, 2024, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why the Court should not dismiss the appeal for the appellant's failure to diligently prosecute the appeal by either paying

the Supreme Court filing fee or filing a motion to proceed *in forma pauperis*. The notice to show cause directed the appellant to respond within ten days and advised that if the appellant did not respond, dismissal of the appeal would be deemed to be unopposed. On January 12, 2024, the Court received the certified-mail receipt indicating that the notice had been delivered.

(3) The appellant having failed to respond to the notice to show cause within the required ten-day period, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice